**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JFM Hamburg LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3532670** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1046 Hamburg Turnpike Wayne, NJ 07470** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Passaic** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor     **JFM Hamburg LLC**                                              Case number (*if known*) _____
           Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **JFM Hamburg LLC**                                    Case number (if known) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **JFM Hamburg LLC**

Name                                                   Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion

■ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **JFM Hamburg LLC** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  4, 2023**
                MM / DD / YYYY

**X** **/s/ Ranjana Jethwa**                                        **Ranjana Jethwa**
Signature of authorized representative of debtor             Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ John P. Di Iorio**                          Date **January  4, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**John P. Di Iorio**
Printed name

**Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP**
Firm name

**411 Hackensack Avenue**
**6th Floor**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone   **(201) 488-3900**        Email address   **jdiiorio@shapiro-croland.com**

**021691985 NJ**
Bar number and State

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Proposed Attorneys for Debtor
and Debtor-In-Possession

| | |
|---|---|
| In Re:<br><br>JFM HAMBURG LLC,<br><br><div align=center>Debtor.</div> | Chapter 11<br><br>Case No.: 23-<br><br>Hearing Date:           , 2023<br>           at      a.m. |

## DECLARATION OF RANJANA JETHWA PURSUANT TO 11 U.S.C. §1116(1)(B)

Ranjana Jethwa declares under penalties of perjury as follows:

1.    I am the manager of JFM Hamburg LLC (the "Debtor").

2.    No balance sheet, statement of operations or cash flow statement has been prepared for Debtor.

I declare under penalties of perjury that the foregoing statements made are true and correct.

Dated: December 29, 2022

_Ranjana Jethwa_
Ranjana Jethwa

## RESOLUTION OF JFM HAMBURG LLC

The undersigned, the manager of JFM Hamburg LLC (the "Debtor") does hereby certify that the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect.

> RESOLVED, that JFM Hamburg LLC file for protection pursuant to Chapter 11 of the United States Bankruptcy Code, a voluntary petition for reorganization in the United States Bankruptcy Court for the District of New Jersey and Ranjana Jethwa be and is hereby authorized to execute any and all documents, pleadings, etc. to effectuate the filing of such petition; and it is

> FURTHER RESOLVED, that JFM Hamburg LLC retain the services of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, 411 Hackensack Avenue, Hackensack, New Jersey 07601 to represent JFM Hamburg LLC in connection with an original reorganization petition pursuant to Chapter 11 of the United States Bankruptcy Code.

Dated: December __29__, 2022

_____
Ranjana Jethwa

2207116.1

EXTENSION GRANTED TO 09/15/22

Form **1065**

# U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____, ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2021**

**A** Principal business activity

SERVICES

**B** Principal product or service

FAST FOOD

**C** Business code number

722300

Type or Print

Name of partnership

JFM HAMBURG, LLC

Number, street, and room or suite no. If a P.O. box, see instructions.

2 MARKET STREET 2ND FLOOR

City or town, state or province, country, and ZIP or foreign postal code

PATERSON                        NJ 07501

**D** Employer identification number

**E** Date business started
01/01/2008

**F** Total assets
$  429,247.

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|--:|--:|
| **Income** | **1a** Gross receipts or sales | 1a | 677,277. | |
| | **b** Returns and allowances | 1b | | |
| | **c** Balance. Subtract line 1b from line 1a | | 1c | 677,277. |
| | **2** Cost of goods sold (attach Form 1125-A) | | 2 | 346,589. |
| | **3** Gross profit. Subtract line 2 from line 1c | | 3 | 330,688. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | **7** Other income (loss) (attach statement) | | 7 | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | 8 | 330,688. |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| | **10** Guaranteed payments to partners | | 10 | |
| | **11** Repairs and maintenance | | 11 | 3,590. |
| | **12** Bad debts | | 12 | |
| | **13** Rent | | 13 | 42,000. |
| | **14** Taxes and licenses      SEE STATEMENT 1 | | 14 | 19,648. |
| | **15** Interest (see instructions) | | 15 | 24,852. |
| | **16a** Depreciation (if required, attach Form 4562)      STMT 3 | 16a | 38,930. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 26,927. | 16c | 12,003. |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| | **18** Retirement plans, etc. | | 18 | |
| | **19** Employee benefit programs | | 19 | 5,712. |
| | **20** Other deductions (attach statement)      SEE STATEMENT 2 | | 20 | 140,637. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 248,442. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | 22 | 82,246. |
| **Tax and Payments** | **23** Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 23 | |
| | **24** Interest due under the look-back method—income forecast method (attach Form 8866) | | 24 | |
| | **25** BBA AAR imputed underpayment (see instructions) | | 25 | |
| | **26** Other taxes (see instructions) | | 26 | |
| | **27** **Total balance due.** Add lines 23 through 26 | | 27 | |
| | **28** Payment (see instructions) | | 28 | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | 29 | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member                        Date

May the IRS discuss this return with the preparer shown below? See instr.   ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| LOUIS HARRAKA, CPA | | | | |

Firm's name ▶ DORFMAN ABRAMS MUSIC, LLC

Firm's address ▶ 250 PEHLE AVE., SUITE 702
SADDLE BROOK, NJ 07663

Firm's EIN ▶

Phone no. 201-403-9750

LHA  For Paperwork Reduction Act Notice, see separate instructions.

111001 11-29-21

Form **1065** (2021)

Form 1065 (2021)    JFM HAMBURG, LLC    ██████████    Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................ | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................................ | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ........................................................................ | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | | |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ................ | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 ........................................ | X | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? ................................ | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? .......................................................... | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? .............................................................. | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ............................ | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................ | X | |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ............ | | X |

111011  11-29-21

2

Form **1065** (2021)

Form 1065 (2021)   JFM HAMBURG, LLC ▮▮▮▮▮▮▮   Page **3**

| Schedule B | Other Information *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ......... | | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ......................................................▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ................................................................. | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ......................................................................▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ................. | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return .............................................................................▶ | | | |
| 16 a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions ............ | | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? ........................................ | | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ...................................................▶ | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ................▶ | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? .......... | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938... | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? ........... | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions ........................................ | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ..............▶ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions .......................................... | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions ...................... | | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ..................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ...................▶ $ | | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ......................▶ | | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? .......................................... | | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | | |
| | Percentage: | By Vote | By Value | X |
| | | | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions ............... | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ RANJANA JETHWA

U.S. address of PR ▶ 194 EILEEN DRIVE
CEDAR GROVE, NJ  07009

U.S. phone number of PR ▶ ▮▮▮▮▮▮▮

If the PR is an entity, name of the designated individual for the PR ▶

U.S. address of designated individual ▶ _____

U.S. phone number of designated individual ▶

111021  11-29-21

3

Form **1065** (2021)

Form 1065 (2021)   JFM HAMBURG, LLC   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| | **1** Ordinary business income (loss) (page 1, line 22) | **1** | 82,246. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ... 3a | | |
| | **b** Expenses from other rental activities (attach statement) ... 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services 4a    **b** Capital 4b | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends 6b    **c** Dividend equivalents 6c | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) ... 9b | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ... 9c | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| Deductions | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶    **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶   SEE STATEMENT 4 | **13d** | 26,927. |
| Self-Employment | **14a** Net earnings (loss) from self-employment | **14a** | 82,246. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 330,688. |
| Credits | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions)    Type ▶ | **15e** | |
| | **f** Other credits (see instructions)    Type ▶ | **15f** | |
| International Transactions | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| Alternative Minimum Tax (AMT) Items | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| Other Information | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses | **18c** | |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement)    STMT 5 | | |
| | **21** Total foreign taxes paid or accrued | **21** | |

111041  11-29-21

Form **1065** (2021)

4

Form 1065 (2021)      JFM HAMBURG, LLC                                                                    Page **5**

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 .......... | 1 | 55,319. |
|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | 40,301. | 15,018. | | |

## Schedule L | Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 40,717. | | 75,966. |
| 2a | Trade notes and accounts receivable ... | | | | |
| b | Less allowance for bad debts .......... | | | | |
| 3 | Inventories ............................... | | | | |
| 4 | U.S. government obligations ......... | | | | |
| 5 | Tax-exempt securities ................. | | | | |
| 6 | Other current assets (attach statement) | STATEMENT 6 | 57,194. | | 136,502. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans .... | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 591,909. | | 591,909. | |
| b | Less accumulated depreciation ....... | 374,770. | 217,139. | 413,699. | 178,210. |
| 10a | Depletable assets ....................... | | | | |
| b | Less accumulated depletion ........... | | | | |
| 11 | Land (net of any amortization) ....... | | | | |
| 12a | Intangible assets (amortizable only) .. | | | | |
| b | Less accumulated amortization ....... | | | | |
| 13 | Other assets (attach statement) ...... | STATEMENT 7 | 45,672. | | 38,569. |
| 14 | Total assets ............................. | | 360,722. | | 429,247. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable ....................... | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 17,724. | | 13,459. |
| 17 | Other current liabilities (attach statement) | STATEMENT 8 | 24,272. | | 11,047. |
| 18 | All nonrecourse loans .................. | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 418,377. | | 404,918. |
| 20 | Other liabilities (attach statement) .. | | | | |
| 21 | Partners' capital accounts ............ | | -99,651. | | -177. |
| 22 | Total liabilities and capital .......... | | 360,722. | | 429,247. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books ......... | 55,319. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) ................................ | | 7 | Deductions included on Schedule K, lines 1 through 13d and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | 8 | Add lines 6 and 7 ....................... | |
| b | Travel and entertainment $ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1. Subtract line 8 from line 5 ......... | 55,319. |
| 5 | Add lines 1 through 4 .................. | 55,319. | | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year ......... | -99,651. | 6 | Distributions:  a Cash ............... | |
|---|---|---|---|---|---|
| 2 | Capital contributed:  a Cash ......... | 44,155. | | b Property ......... | |
| | b Property ......... | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) .. | 55,319. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 ....................... | |
| 5 | Add lines 1 through 4 .................. | -177. | 9 | Balance at end of year. Subtract line 8 from line 5 | -177. |

111042  11-29-21                                                          5                                    Form **1065** (2021)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

JFM HAMBURG, LLC

Employer identification number

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 236,318. |
| 3 | Cost of labor | 3 | 110,271. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 346,589. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 346,589. |

9 a  Check all methods used for valuing closing inventory:

(i)  ☐  Cost

(ii)  ☐  Lower of cost or market

(iii)  ☐  Other (Specify method used and attach explanation) ▶ _____

b  Check if there was a writedown of subnormal goods ............................................................... ▶ ☐

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐

d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed

under LIFO ...................................................................................... 9d

e  If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............. ☐ Yes ☒ No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. ☐ Yes ☒ No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

124441
04-01-21      LHA

**SCHEDULE B-1**
**(Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for the latest information.

OMB No. 1545-0123

Name of partnership

JFM HAMBURG, LLC

Employer identification number

███████

**Part I**   **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| JETHWA FOODS LLC | ███████ | LLC | UNITED STATES | 51.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (Rev. 8-2019)

124551 04-01-21

**2021 DEPRECIATION AND AMORTIZATION REPORT**

POPEYE'S CHICKEN RESTAURANT                                    OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | C o v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SIGNAGE | 11/18/08 | 200DB | 5.00 | MQ | 17 | 7,127. | | | 3,564. | 3,563. | 3,563. | | 0. | 3,563. |
| 2 | POINT OF SALE | 11/21/08 | 200DB | 5.00 | MQ | 17 | 12,887. | | | 6,444. | 6,443. | 6,443. | | 0. | 6,443. |
| 3 | TRIMARK EQUIPMENT PACKAGE | 11/18/08 | 200DB | 5.00 | MQ | 17 | 133,395. | | | 66,698. | 66,697. | 66,697. | | 0. | 66,697. |
| 4 | LEASEHOLD IMPROVEMENTS | 10/30/08 | SL | 15.00 | MQ | 17 | 153,808. | | | | 153,808. | 124,328. | | 10,254. | 134,582. |
| 5 | LEASEHOLD IMPROVEMENTS | 01/29/09 | SL | 15.00 | HY | 17 | 10,000. | | | | 10,000. | 7,667. | | 667. | 8,334. |
| 6 | SIGN | 08/15/09 | 200DB | 7.00 | HY | 17 | 5,353. | | | 2,677. | 2,676. | 2,676. | | 0. | 2,676. |
| 7 | TRIMARK TEA EQUIPMENT | 05/10/10 | 200DB | 7.00 | HY | 17 | 1,037. | | | 518. | 519. | 519. | | 0. | 519. |
| 8 | LEASEHOLD IMPROV. | 05/01/16 | 150DB | 15.00 | HY | 17 | 34,731. | | | 17,366. | 17,365. | 6,541. | | 1,082. | 7,623. |
| 9 | F&F - S754 | 01/01/19 | 200DB | 7.00 | HY | 17 | 140,250. | | | | 140,250. | 54,383. | | 24,534. | 78,917. |
| 10 | LI - S754 | 01/01/19 | SL | 39.00 | MM | 17 | 93,321. | | | | 93,321. | 4,686. | | 2,393. | 7,079. |
| * | TOTAL OTHER DEPRECIATION | | | | | | 591,909. | | | 97,267. | 494,642. | 277,503. | | 38,930. | 316,433. |
| | LESS: SECTION 754 DEPRECIATION | | | | | | | | | | | | | 26,927. | |
| | NET DEPRECIATION | | | | | | | | | | | | | 12,003. | |

128111 04-01-21                                    (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

7.1

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | | Employer identification number |
|---|---|---|---|---|
| **JFM HAMBURG, LLC** | | | | ▮▮▮▮▮ |
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | 82,246. | | |
| b Net income (loss) from **CERTAIN** rental real estate activities | 1b | | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above.  Enter as a positive amount | 1d | | | |
| e Other additions | 1e | | | |
| f Combine lines 1a through 1e | 1f | 82,246. | | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | | |
| b Other subtractions | 2b | | | |
| c Add lines 2a and 2b | 2c | | | |
| 3 a Subtract line 2c from line 1f.  If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 82,246. | | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | | | |
| c Subtract line 3b from line 3a | | | 3c | 82,246. |
| 4 a Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | | | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | | |
| c Subtract line 4b from line 4a | | | 4c | |
| 5    Net earnings (loss) from self-employment.  Combine lines 3c and 4c.  Enter here and on Schedule K, line 14a | | | 5 | 82,246. |

112161
04-01-21

7.2

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | | Employer identification number |
|---|---|---|
| JFM HAMBURG, LLC | | ▇▇▇▇▇▇▇ |

**1. Additions to AMTI:**

| | | |
|---|---|---|
| a. Depreciation recomputed for AMT purposes | 38,930. | |
| b. Tax-exempt interest income | | |
| c. Amortization of IRC 173 | | |
| d. Depletion for post-1989 properties | | |
| e. Intangible drilling costs deducted from AMTI | | |
| f. Total additions to AMTI | | 38,930. |

**2. Deductions:**

| | | |
|---|---|---|
| a. Depreciation recomputed for ACE purposes | 38,930. | |
| b. Depletion recomputed for ACE purposes | | |
| c. ACE intangible drilling costs | | |
| d. Total deductions | | 38,930. |

**3. Other adjustments:**

| | | |
|---|---|---|
| a. Basis adjustments from sales or exchanges | | |
| b. Other adjustments | | |
| c. Total other adjustments | | |

| | |
|---|---|
| **4. Total adjustments to AMTI for ACE calculation.** Combine lines 1f, 2d and 3c | 0. |

JFM HAMBURG, LLC

▮▮▮▮▮▮▮▮▮▮

---

| FORM 1065 | TAX EXPENSE | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PAYROLL TAXES | 19,648. |
| TOTAL TO FORM 1065, LINE 14 | 19,648. |

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ADVERTISING | 26,040. |
| AMORTIZATION | 7,103. |
| BANK CHARGES | 12,193. |
| INSURANCE | 4,356. |
| MANAGEMENT EXPENSE/REIMB | 13,000. |
| MISCELLANEOUS EXPENSE | 2,830. |
| OUTSIDE SERVICES | 3,989. |
| PAYROLL SERVICE | 2,385. |
| PROFESSIONAL FEES | 4,500. |
| ROYALTY | 36,621. |
| TELEPHONE | 1,591. |
| UTILITES | 26,029. |
| TOTAL TO FORM 1065, LINE 20 | 140,637. |

---

| FORM 1065 | TRADE OR BUSINESS DEPRECIATION | STATEMENT | 3 |

| DESCRIPTION | REPORTED ELSEWHERE | REPORTED ON PAGE 1 |
| --- | --- | --- |
| DEPRECIATION - TRADE OR BUSINESS | | 12,003. |
| SECTION 754 DEPRECIATION - TRADE OR BUSINESS | 26,927. | |
| TOTAL TO FORM 1065, PAGE 1, LINES 16B AND 16C | 26,927. | 12,003. |

STATEMENT(S) 1, 2, 3

JFM HAMBURG, LLC

| SCHEDULE K | OTHER DEDUCTIONS | STATEMENT  4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 754 DEPRECIATION - TRADE OR BUSINESS | 26,927. |
| TOTAL INCLUDED IN SCHEDULE K, LINE 13D | 26,927. |

| SCHEDULE K | OTHER ITEMS | STATEMENT  5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | 82,246. |
| SECTION 199A - OTHER DEDUCTIONS | 26,927. |
| SECTION 199A W-2 WAGES | 110,271. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 432,110. |
| BUSINESS INTEREST EXPENSE | 24,852. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT  6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ERC RECEIVABLE | 57,194. | 136,502. |
| TOTAL TO SCHEDULE L, LINE 6 | 57,194. | 136,502. |

| SCHEDULE L | OTHER ASSETS | STATEMENT  7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| UNAMORTIZED FRANCHISE FEES | 2,750. | 1,750. |
| UNAMORTIZED GOODWILL | 33,150. | 30,600. |
| UNAMORTIZED STARTUP COSTS | 9,772. | 6,219. |
| TOTAL TO SCHEDULE L, LINE 13 | 45,672. | 38,569. |

STATEMENT(S) 4, 5, 6, 7

JFM HAMBURG, LLC

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 24,272. | 11,047. |
| TOTAL TO SCHEDULE L, LINE 17 | 24,272. | 11,047. |

STATEMENT(S) 8

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SIGNAGE | 111808 | 200DB | 5.00 | 7,127. | 3,563. | 7,127. | 0. | 0. | 0. |
| 2 | POINT OF SALE | 112108 | 200DB | 5.00 | 12,887. | 6,443. | 12,887. | 0. | 0. | 0. |
| 3 | TRIMARK EQUIPMENT PACKAGE | 111808 | 200DB | 5.00 | 133,395. | 66,697. | 133,395. | 0. | 0. | 0. |
| 4 | LEASEHOLD IMPROVEMENTS | 103008 | SL | 15.00 | 153,808. | 124,328. | 153,808. | 10,254. | 10,254. | 10,254. |
| 5 | LEASEHOLD IMPROVEMENTS | 012909 | SL | 15.00 | 10,000. | 7,667. | 10,000. | 667. | 667. | 667. |
| 6 | SIGN | 081509 | 200DB | 7.00 | 5,353. | 2,676. | 5,353. | 0. | 0. | 0. |
| 7 | TRIMARK TEA EQUIPMENT | 051010 | 200DB | 7.00 | 1,037. | 519. | 1,037. | 0. | 0. | 0. |
| 8 | LEASEHOLD IMPROV. | 050116 | 150DB | 15.00 | 34,731. | 6,541. | 34,731. | 1,082. | 1,082. | 1,082. |
| 9 | F&F - S754 | 010119 | 200DB | 7.00 | 140,250. | 54,383. | 140,250. | 24,534. | 24,534. | 24,534. |
| 10 | LI - S754 | 010119 | SL | 39.00 | 93,321. | 4,686. | 93,321. | 2,393. | 2,393. | 2,393. |
| | | | | | | | | | | |
| | TOTALS | | | | 591,909. | 277,503. | 591,909. | 38,930. | 38,930. | 38,930. |

128107
04-01-21

10.1

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
|---|---|
| 41,945. | A   41,945. |
| 2 Net rental real estate income (loss) | C   168,651. |
| | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ▶ ☐ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | |
| 7 Royalties | 20 Other information |
| | N  *   12,675. |
| 8 Net short-term capital gain (loss) | Z  *   STMT |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |
| W*   26,927. | |

**Part I   Information About the Partnership**

A Partnership's employer identification number

■■■■■■■■

B Partnership's name, address, city, state, and ZIP code

JFM HAMBURG, LLC
2 MARKET STREET 2ND FLOOR
PATERSON, NJ   07501

C IRS center where partnership filed return ▶
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

■■■■■■■■

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JETHWA FOODS LLC
194 EILEEN DRIVE
CEDAR GROVE, NJ   07009

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1 What type of entity is this partner?  DISREGARDED ENTITY

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 51.0000000% | 51.0000000% |
| Loss | 51.0000000% | 51.0000000% |
| Capital | 51.0000000% | 51.0000000% |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

K Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse  $ | | $ |
| Qualified nonrecourse financing  $ | | $ |
| Recourse  $ | 213,372. | $ 206,508. |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☐

L   **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account  $ | 54,814. |
| Capital contributed during the year  $ | 22,519. |
| Current year net income (loss)  $ | 15,018. |
| Other increase (decrease) (attach explanation)  $ | |
| Withdrawals & distributions  $( | ) |
| Ending capital account  $ | 92,351. |

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

N   **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning  $ _____
Ending  $ _____

| 22 ☐ | More than one activity for at-risk purposes* |
| 23 ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

111261 11-18-21  LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

1

JFM HAMBURG, LLC

---

SCHEDULE K-1                OTHER DEDUCTIONS, BOX 13, CODE W

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| SECTION 754 DEPRECIATION - TRADE OR BUSINESS | SEE IRS SCH. K-1 INSTRUCTIONS | 26,927. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE W | | 26,927. |

---

SCHEDULE K-1              BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 12,675. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 12,675. |

---

SCHEDULE K-1            SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - POPEYE'S CHICKEN RESTAURANT | |
| ORDINARY INCOME (LOSS) | 41,945. |
| OTHER DEDUCTIONS * | 26,927. |
| SECTION 754 DEPRECIATION DEDUCTION | 26,927. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | 41,945. |
| W-2 WAGES | 56,238. |
| UNADJUSTED BASIS OF ASSETS | 334,826. |

PARTNER NUMBER 1

JFM HAMBURG, LLC

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

PARTNER NUMBER 1

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**                    ▶ **See separate instructions.**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 40,301. | 14 | Self-employment earnings (loss) A 40,301. |
| 2 | Net rental real estate income (loss) | | C 162,037. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ▶ ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 20 | Other information N * 12,177. |
| 8 | Net short-term capital gain (loss) | | Z * STMT |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

### Part I   Information About the Partnership

**A** Partnership's employer identification number

■■■■

**B** Partnership's name, address, city, state, and ZIP code

JFM HAMBURG, LLC
2 MARKET STREET 2ND FLOOR
PATERSON, NJ   07501

**C** IRS center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

■■■■

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RANJANA JETHWA
194 EILEEN DRIVE
CEDAR GROVE, NJ   07009

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ...... ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 49.0000000% | 49.0000000% |
| Loss | 49.0000000% | 49.0000000% |
| Capital | 49.0000000% | 49.0000000% |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 205,005. | $ 198,410. |

Check this box if item K includes liability amounts from lower tier partnerships ▶ ☐

### L   Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ................. $ | -154,465. |
| Capital contributed during the year ............ $ | 21,636. |
| Current year net income (loss) ............... $ | 40,301. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals & distributions ............... $( | ) |
| Ending capital account ................. $ | -92,528. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......................... $
Ending ............................ $

For IRS Use Only

111261 11-18-21   LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

2

JFM HAMBURG, LLC

---

SCHEDULE K-1        BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 12,177. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 12,177. |

---

SCHEDULE K-1        SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - POPEYE'S CHICKEN RESTAURANT | |
| ORDINARY INCOME (LOSS) | 40,301. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | 40,301. |
| W-2 WAGES | 54,033. |
| UNADJUSTED BASIS OF ASSETS | 97,284. |

PARTNER NUMBER 2

JFM HAMBURG, LLC

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20,
UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

PARTNER NUMBER 2

**Fill in this information to identify the case:**

Debtor name   **JFM Hamburg LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  4, 2023**          X */s/ Ranjana Jethwa*
                                              Signature of individual signing on behalf of debtor

                                              **Ranjana Jethwa**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JFM Hamburg LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New Jersey Division of Taxation 50 Barrack Street P.O. Box 269 Trenton, NJ 08625-0269 | | Sales tax | | | | $29,000.00 |
| Paycor 150 South Wacker Drive Cincinnati, OH 45263-9860 | | | | | | $8,500.00 |
| Mennellas 10 George Street Paterson, NJ 07503 | | | | | | $5,000.00 |
| Ferraro 287 S. Randolphville Road Piscataway, NJ 08854 | | | | | | $4,500.00 |
| JFM Wayne Properties LLC 194 Eileen Drive Cedar Grove, NJ 07009 | | | | | | $3,500.00 |
| Sicom 1684 S. Broad Street #300 Lansdale, PA 19446 | | | | | | $3,000.00 |
| PSE&G 80 Park Plaza Newark, NJ 07102 | | | | | | $3,000.00 |
| Popeye's Louisiana Kitchen Inc. 5707 Blue Lagoon Drive Miami, FL 33101 | | | | | | $1,500.00 |

Debtor   **JFM Hamburg LLC**                                          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NJM Insurance** **301 Sullivan Way** **Trenton, NJ 08628** | | | | | | **$500.00** |
| **Hartford Insurance** **1 Hartford Plaza** **Hartford, CT 06155** | | | | | | **$450.00** |
| **Industrial Steam Cleaning** **42 Revere Place** **Freehold, NJ 07728** | | | | | | **$400.00** |
| **Optimum** **1111 Stewart Avenue** **Bethpage, NY 11714** | | | | | | **$300.00** |
| **Scmidt Baking** **20 Enterprise Ave N** **Secaucus, NJ 07094** | | | | | | **$220.00** |

**Fill in this information to identify the case:**

Debtor name    **JFM Hamburg LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $        0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $     91,500.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $     91,500.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    421,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    29,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    30,870.00

4. Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b                  $     480,870.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **JFM Hamburg LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Columbia Bank** | | | **$4,500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$4,500.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1.

Debtor    **JFM Hamburg LLC**                                    Case number *(If known)* _____
           Name

9.    **Total of Part 2.**                                                          _____
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less: _____  -  _____ = ....   _____
                                 face amount            doubtful or uncollectible accounts

       11b. Over 90 days old: _____  -  _____ =....   _____
                              face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          _____
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.  **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | _____ |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                    % of ownership | | |
| 15.1. _____   _____ % | _____ | _____ |
| 16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | _____ |

17.    **Total of Part 4.**                                                          _____
       Add lines 14 through 16.  Copy the total to line 83.

Debtor    **JFM Hamburg LLC**                                    Case number *(If known)* _____
         Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** Inventory | | **$6,000.00** | | **$2,000.00** |

**23.** **Total of Part 5.** — Add lines 19 through 22.  Copy the total to line 84.    **$2,000.00**

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops–either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |

Debtor    **JFM Hamburg LLC**                                     Case number *(If known)* _____
          Name

31.    **Farm and fishing supplies, chemicals, and feed**

_____     _____     _____     _____

32.    **Other farming and fishing-related property not already listed in Part 6**

_____     _____     _____     _____

33.    **Total of Part 6.**                                                      ┌─────────────────┐
       Add lines 28 through 32.  Copy the total to line 85.                      │  _____   │
                                                                                 └─────────────────┘

34.    **Is the debtor a member of an agricultural cooperative?**
       ☐ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
               ☐ No
               ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

_____     _____     _____     _____

40.    **Office fixtures**

_____     _____     _____     _____

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

_____     _____     _____     _____

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Debtor    **JFM Hamburg LLC**                                    Case number *(If known)* _____
　　　　　　Name

42.1. _____    _____    _____    _____

---

| 43. | **Total of Part 7.** | | _____ |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 8:　Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 　　　**Machinery** | $178,210.00 | Debtors Estimate | $85,000.00 |

| 51. | **Total of Part 8.** | | $85,000.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:　Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **JFM Hamburg LLC**                                          Case number *(If known)* _____
_____
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. 55.1. | | | | |
|---|---|---|---|---|
| **Leased Property** | | **$0.00** | | **$0.00** |

56. **Total of Part 9.**                                                                  | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Franchise Licensee** | **$0.00** | | **Undetermined** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **JFM Hamburg LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

_____  -  _____  =
Total face amount          doubtful or uncollectible amount       _____

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____        Tax year _____        _____

**73.** **Interests in insurance policies or annuities**

_____        _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim    _____        _____
Amount requested   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim    _____        _____
Amount requested   _____

**76.** **Trusts, equitable or future interests in property**

_____        _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____        _____

Debtor    **JFM Hamburg LLC**_____    Case number *(If known)* _____
          Name

_____

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | |
| | Add lines 71 through 77. Copy the total to line 90. | _____ |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ☐ No | |
| | ☐ Yes | |

Debtor    **JFM Hamburg LLC**_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $91,500.00 |

**Fill in this information to identify the case:**

Debtor name      **JFM Hamburg LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1   Spring Bank**
Creditor's Name

**69 East 167th Street
Bronx, NY 10452**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Machinery and Equipment**

Describe the lien
**UCC Filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$256,000.00          Undetermined

**2.2   United States Small Business Administrat**
Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**UCC filing**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$165,000.00          Undetermined

Debtor    **JFM Hamburg LLC**                                                    Case number (*if known*) _____
_____
       Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$421,000.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**JFM Hamburg LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**2.1**
Priority creditor's name and mailing address
**Internal Revenue Service
Special Procedures
955 S. Springfield Avenue
Springfield, NJ 07081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**
Priority creditor's name and mailing address
**Internal Revenue Service
2970 Market Street
Mail Stop 5 - Q30.133
Philadelphia, PA 19104-5016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | JFM Hamburg LLC | Case number (if known) |
|---|---|---|
| | Name | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,000.00 | $29,000.00 |
|---|---|---|---|

**New Jersey Division of Taxation**
**50 Barrack Street**
**P.O. Box 269**
**Trenton, NJ 08625-0269**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**New Jesey Attorney General**
**Division of Law**
**Richard J. Hughes Justice**
**Complex**
**25 Market Street, PO Box 112**
**Trenton, NJ 08625-0112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**State of New Jersey Department of**
**Labor**
**John Fitch Plaza**
**One Fitch Plaza**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**U.S. Attorney**
**United States Attorney**
**Peter Rodino Federal Building**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **JFM Hamburg LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Ferraro**
**287 S. Randolphville Road**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Hartford Insurance**
**1 Hartford Plaza**
**Hartford, CT 06155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Industrial Steam Cleaning**
**42 Revere Place**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JFM Wayne LLC**
**1046 Hamburg Turnpike**
**Wayne, NJ 07470**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**JFM Wayne Properties LLC**
**194 Eileen Drive**
**Cedar Grove, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Mennellas**
**10 George Street**
**Paterson, NJ 07503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**NJM Insurance**
**301 Sullivan Way**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **JFM Hamburg LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Optimum**
**1111 Stewart Avenue**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|---|

**Paycor**
**150 South Wacker Drive**
**Cincinnati, OH 45263-9860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Popeye's Louisiana Kitchen Inc.**
**5707 Blue Lagoon Drive**
**Miami, FL 33101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**PSE&G**
**80 Park Plaza**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ranjana Jethwa**
**1046 Hamburg Turnpike**
**Wayne, NJ 07470**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**Scmidt Baking**
**20 Enterprise Ave N**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Sicom**
**1684 S. Broad Street**
**#300**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **JFM Hamburg LLC**                                    Case number (if known) _____
                Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 29,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 30,870.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 59,870.00 |

**Fill in this information to identify the case:**

Debtor name     **JFM Hamburg LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest        **Listing Agreement** <br><br>      State the term remaining <br><br>      List the contract number of any government contract | **Executive Business Brokers**<br>**2583 Morris Avenue**<br>**Union, NJ 07083** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest        **Non-Residential Lease** <br><br>      State the term remaining <br><br>      List the contract number of any government contract | **JFM Wayne Properties LLC**<br>**194 Eileen Drive**<br>**Cedar Grove, NJ 07009** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest        **Popeye's Franchise Agreement dated December 16, 2008** <br><br>      State the term remaining <br><br>      List the contract number of any government contract | **Popeye's Louisian Kitchen, Inc.**<br>**5707 Blue Lagoon Drive**<br>**Miami, FL 33126** |

**Fill in this information to identify the case:**

Debtor name     **JFM Hamburg LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **JFM Wayne Properties, LLC** | **1046 Hamburg Turnpike Wayne, NJ 07470** | **Spring Bank** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Ranjana Jethwa** | **1046 Hamburg Turnpike Wayne, NJ 07470** | **Spring Bank** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **JFM Hamburg LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business  ☐ Other _____ | $677,277.00 |
   | **For the fiscal year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business  ☐ Other _____ | $754,090.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

| Debtor | JFM Hamburg LLC | Case number *(if known)* |
| --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **JFM Hamburg LLC**                                           Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shapiro Croland Reiser Apfel & Di Iorio,**<br>**411 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | | **$27,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor   **JFM Hamburg LLC** _____   Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **JFM Hamburg LLC**                                    Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

---

Debtor      **JFM Hamburg LLC**                                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Mayank Patel** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ranjana Jethwa** | **1046 Hamburg Turnpike Wayne, NJ 07470** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **JFM Hamburg LLC**                                     Case number *(if known)*

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  4, 2023**

**/s/ Ranjana Jethwa**                                     **Ranjana Jethwa**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  **JFM Hamburg LLC**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................... $     **27,500.00**

Prior to the filing of this statement I have received .......................................... $     **27,500.00**

Balance Due ................................................................................................. $     **0.00**

2.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **All other reasonable and necessary service related to formulating, drafting and filing a plan.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  4, 2023**

*Date*

**/s/ John P. Di Iorio**

**John P. Di Iorio**
*Signature of Attorney*
**Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP**
**411 Hackensack Avenue**
**6th Floor**
**Hackensack, NJ 07601**
**(201) 488-3900  Fax: (201) 488-9481**
**jdiiorio@shapiro-croland.com**
*Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re   **JFM Hamburg LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jethwa Food LLC**<br>**1046 Hamburg Turnpike**<br>**Wayne, NJ 07470** | | **51%** | |
| **Ranjana Jethwa**<br>**1046 Hamburg Turnpike**<br>**Wayne, NJ 07470** | | **49%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  4, 2023**

Signature   **/s/ Ranjana Jethwa**

**Ranjana Jethwa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re   **JFM Hamburg LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  4, 2023**

**/s/ Ranjana Jethwa**

**Ranjana Jethwa**/**Manager**
Signer/Title

Executive Business Brokers
2583 Morris Avenue
Union, NJ 07083

Ferraro
287 S. Randolphville Road
Piscataway, NJ 08854

Hartford Insurance
1 Hartford Plaza
Hartford, CT 06155

Industrial Steam Cleaning
42 Revere Place
Freehold, NJ 07728

Internal Revenue Service
Special Procedures
955 S. Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
2970 Market Street
Mail Stop 5 - Q30.133
Philadelphia, PA 19104-5016

JFM Wayne LLC
1046 Hamburg Turnpike
Wayne, NJ 07470

JFM Wayne Properties LLC
194 Eileen Drive
Cedar Grove, NJ 07009

JFM Wayne Properties LLC
194 Eileen Drive
Cedar Grove, NJ 07009


JFM Wayne Properties, LLC
1046 Hamburg Turnpike
Wayne, NJ 07470


Mennellas
10 George Street
Paterson, NJ 07503


New Jersey Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08625-0269


New Jesey Attorney General
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


NJM Insurance
301 Sullivan Way
Trenton, NJ 08628


Optimum
1111 Stewart Avenue
Bethpage, NY 11714


Paycor
150 South Wacker Drive
Cincinnati, OH 45263-9860

Popeye's Louisian Kitchen, Inc.
5707 Blue Lagoon Drive
Miami, FL 33126


Popeye's Louisiana Kitchen Inc.
5707 Blue Lagoon Drive
Miami, FL 33101


PSE&G
80 Park Plaza
Newark, NJ 07102


Ranjana Jethwa
1046 Hamburg Turnpike
Wayne, NJ 07470


Ranjana Jethwa
1046 Hamburg Turnpike
Wayne, NJ 07470


Scmidt Baking
20 Enterprise Ave N
Secaucus, NJ 07094


Sicom
1684 S. Broad Street
#300
Lansdale, PA 19446


Spring Bank
69 East 167th Street
Bronx, NY 10452

State of New Jersey Department of Labor
John Fitch Plaza
One Fitch Plaza
Trenton, NJ 08625

U.S. Attorney
United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United States Small Business Administrat
2 North Street
Suite 320
Birmingham, AL 35203

# United States Bankruptcy Court
### District of New Jersey

In re   **JFM Hamburg LLC** _____    Case No. _____

Debtor(s)    Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**JFM Hamburg LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  4, 2023** _____    **/s/ John P. Di Iorio** _____

Date

**John P. Di Iorio**

Signature of Attorney or Litigant

Counsel for   **JFM Hamburg LLC** _____

**Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP**

**411 Hackensack Avenue**
**6th Floor**
**Hackensack, NJ 07601**
**(201) 488-3900 Fax:(201) 488-9481**
**jdiiorio@shapiro-croland.com**